U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JAN 29 2020

CLERK U.S. DISTRICT COURT
By: _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:20-MJ- 048 |
| MICHELLE GURLIN ELIACIN (01)<br>TERRELL LAVAR CAMPBELL (02) | |

SEALED
UNDER WARRANT EXECUTED

20-6248-STRAUSS

## CRIMINAL COMPLAINT

I, U.S. Postal Inspector Xaviahn Bryant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Between in or around August 2019, and continuing through September 2019, in the Fort Worth Division of the Northern District of Texas, the defendants, **Michelle Gurlin Eliacin** and **Terrell Lavar Campbell**, knowingly and with the intent to defraud, willfully conspired and agreed together and with each other, to possess fifteen or more unauthorized access devices, said possession affecting interstate commerce, and in furtherance thereof committed numerous overt acts including using access devices to make fraudulent transactions, all in violation of 18 U.S.C. §§ 1029(a)(3) and (b)(2).

1. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS), and have been so employed for 1 year and 4 months. I am currently assigned to the Fort Worth Mail Theft/Violent Crimes Team for the Fort Worth Division, and I am responsible for investigating mail theft, robberies, burglaries, access device fraud, and identity theft cases involving the U.S. Mail.

2. During the month of September 2019, USPIS received multiple reports of suspected mail theft from residential mail boxes around the Dallas Fort Worth, Texas

Criminal Complaint - Page 1

area. The allegation included that the suspects ordered new Capital One credit cards in victims' names, used the credit cards to make purchases at Sam's Club and to make cash withdrawals at JP Morgan Chase Bank.

3. Your Affiant contacted the Capital One credit fraud department and was notified that the suspect, a black female with long hair, long nails and distinct eyebrows, had made charges at multiple Sam's Clubs and had performed a cash withdrawal at a JP Morgan Chase Bank using a credit card issued to victim J.B. Your Affiant contacted Sam's Club, which was able to provide in-store surveillance footage of the suspect using the victim's credit card on August 17, 2019, to make purchases at a Sam's Club store in Westworth Village, Texas in the approximate amounts of $1,892.92 and $49.34. Video footage also showed the suspect using the card at a Sam's Club store in Fort Worth, Texas in the approximate amount of $1,928.81. JP Morgan Chase Bank was able to provide Affiant with a photo of the suspect withdrawing funds using the victim's Capital One credit card at a Chase location in Highland Village, Texas in the approximate amount of $2,400.00 on August 15, 2019.

4. The same suspect also purchased a gift card using the stolen Capital One credit card in the name of J.B. The gift card was used to purchase a flight on Frontier Airlines. The reservation for the flight was under **Eliacin's** name.

5. Capital One's credit fraud department subsequently notified your Affiant that suspects had made charges at multiple Sam's Clubs location and had performed cash withdrawals at JP Morgan Chase Bank locations using a credit card issued to victim G.H.

**Criminal Complaint - Page 2**

JP Morgan Chase Bank was able to provide a photo of the suspect, a black male wearing a baseball cap and glasses, withdrawing funds using the victim's Capital One credit card at multiple locations in the Dallas-Fort Worth area in amounts totaling approximately $6,347.00 between the dates August 21, 2019 and August 22, 2019. Sam's Club was able to provide in-store surveillance footage of the same suspect using the victim's credit card on August 24, 2019, to make purchases at a Sam's Club location in and around the Dallas-Fort Worth area in the approximate amount of $3,750.02.

6. The same suspect also purchased a gift card using the stolen Capital One credit card in the name of G.H. The gift card was used to make a payment to AT&T Mobility, in the approximate amount of $204.43 on September 9, 2019. Records show that the AT&T Mobility account belongs to **Campbell**.

7. In addition, **Campbell** and **Eliacin** made charges at multiple Sam's Clubs in and around Dallas-Fort Worth, Texas using a stolen credit card issued to victim D.C. Sam's Club provided in-store surveillance footage of **Eliacin** using the victim's stolen credit card on several occasions in September 2019 to make purchases totaling thousands of dollars. Sam's Club also provided in-store surveillance footage of **Campbell** using the victim's stolen credit card on September 14, 2019, to make purchases in the approximate amount of $931.30.

8. Sam's Club fraud investigators provided surveillance footage which showed **Eliacin** and **Campbell** using multiple victims' credit cards for purchases between the months of August and September. Capital One fraud investigators provided a

spreadsheet linking **Eliacin** and **Campbell** in the theft of approximately 23 credit cards and a loss amount exceeding $100,000.

9. Based on the foregoing, I respectfully submit that there is probable cause to believe that **Michelle Gurlin Eliacin** and **Terrell Lavar Campbell**, knowingly and with the intent to defraud, willfully conspired and agreed together and with each other, to possess fifteen or more unauthorized access devices, said possession affecting interstate commerce, in violation of 18 U.S.C. §§ 1029(a)(3) and (b)(2).

Xaviahn Bryant, U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me on this __29th__ day of January, 2020, at __11:10__ a.m./p.m., in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:20-MJ-048

MICHELLE GURLIN ELIACIN   (01)

## WARRANT FOR ARREST

TO:   The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **MICHELLE GURLIN ELIACIN**, and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with Access Device Fraud, a violation of Title 18, United States Code, Section 1029(a)(3) and (b)(2).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this 29th day of January, 2020.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | | |